IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20255
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RUMALDO ALFONSO DEL VALLE,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CR-H-91-159-2
- - - - - - - - - -
March 1, 1996

Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

Rumaldo Alfonso Del Valle appeals from the denial of a motion over which the district court had no jurisdiction. See 18 U.S.C. § 3573; United States v. Early, 27 F.3d 140, 141-42 (5th Cir.), cert. denied, 115 S. Ct. 600 (1994); United States v. Seqler, 37 F.3d 1131, 1136-37 (5th Cir. 1994). Accordingly, we AFFIRM.

AFFIRMED.

_____

* Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.